Gary D. WARD, Plaintiff–Appellant;

v.

Eric COOKE, Attorney; Circuit Court
of Southampton County, Virginia,
Defendants–Appellees.

No. 15–6990.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2015.

Decided: Nov. 23, 2015.

Gary Dwayne Ward, Appellant Pro Se.

Before WILKINSON and THACKER,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Gary D. Ward appeals the district
court's order and judgment dismissing his
42 U.S.C. § 1983 (2012) complaint without
prejudice for failing to state a claim under
28 U.S.C. § 1915(e)(2)(B)(ii) (2012). We
have reviewed the record and find no re-
versible error. Accordingly, we affirm
substantially for the reasons stated by the
district court. *Ward v. Cooke*, No. 2:15–
cv–00050–RBS–DEM (E.D.Va. May 27,
2015).

We observe that Ward's claim that he
complied with the requirements of Va.
Code Ann. § 19.2.–327.1 (Supp. 2015), and
yet was denied relief by the Virginia cir-
cuit court is unreviewable by the district
court. *See Skinner v. Switzer*, 562 U.S.
521, 532, 131 S.Ct. 1289, 179 L.Ed.2d 233
(2011). We also conclude that Ward failed
to allege facts showing that Virginia's
statutory procedures for establishing inno-
cence based on biological testing are "fun-
damentally inadequate." *Dist. Att'y's Of-
fice for the Third Jud. Dist. v. Osborne*,
557 U.S. 52, 69, 129 S.Ct. 2308, 174
L.Ed.2d 38 (2009) ("Federal courts may
upset a State's postconviction relief proce-
dures only if they are fundamentally inad-
equate to vindicate the substantive rights
provided."). Finally, Ward failed to state
a claim under § 1983 regarding an alleged
defective jury instruction. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*AFFIRMED.*